1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

7  PETER DE LAMOS,                          )           2:11-CV-01838-PMP-CWH
8                      Plaintiff,            )
9  vs.                                       )
10  DENNIS MASTRO, *et al.,*                  )           **ORDER**
11                                            )
                       Defendants.            )
12  _____ )

13          Having read and considered the fully briefed Motion of Defendants to

14  Dismiss or Alternatively To Transfer Venue (Doc. #2), and finding that this Court

15  lacks personal jurisdiction over Defendants, and good cause appearing,

16          **IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #2) is

17  **GRANTED** as to all Defendants, without prejudice to Plaintiff to file an appropriate

18  action in a court where personal jurisdiction over Defendants exists.

19  DATED: February 16, 2012.

20

21  _____
    PHILIP M. PRO
22  United States District Judge

23
24
25
26