UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PETER DE LAMOS,

    Plaintiff,

vs.

DENNIS MASTRO, *et al.,*

    Defendants.

2:11-CV-01838-PMP-CWH

**ORDER**

Having read and considered the fully briefed Motion of Defendants to Dismiss or Alternatively To Transfer Venue (Doc. #2), and finding that this Court lacks personal jurisdiction over Defendants, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #2) is **GRANTED** as to all Defendants, without prejudice to Plaintiff to file an appropriate action in a court where personal jurisdiction over Defendants exists.

DATED: February 16, 2012.

_____
PHILIP M. PRO
United States District Judge